■ COBER MELVIN et al., Plaintiffs, v CITY OF NEW YORK et al., Defendants. GARDINER & NOLAN, Nonparty Appellant; DAVID M. LEE, Nonparty Respondent. [665 NYS2d 544] —In an action to recover damages for personal injuries, etc., the plaintiffs' attorneys, Gardiner & Nolan, appeal from an order of the Supreme Court, Kings County (Greenstein, J.), dated December 23, 1996, which, after a hearing, awarded the plaintiffs' former counsel, David M. Lee, attorney's fees in the principal sum of $13,385.

Ordered that the order is affirmed, with costs.

We find no basis to conclude that the Supreme Court improvidently exercised its discretion in apportioning counsel fees in this case (*see, Matter of Budin, Reisman & Schwartz v*

*Giamboi, Reiss & Squitieri,* 224 AD2d 325; *see generally, Matter of Cohen v Grainger, Tesoriero & Bell,* 81 NY2d 655; *Lai Ling Cheng v Modansky Leasing Co.,* 73 NY2d 454). Miller, J. P., Ritter, Sullivan, Santucci and McGinity, JJ., concur.